1  HOWARD S FREDMAN, ESQ. (State Bar No. 046249)
   E-mail: hsflawyer@aol.com
2  **FREDMAN | LIEBERMAN, LLP**
   1875 Century Park East, Suite 2200
3  Los Angeles, CA 90067
   Tel:  310/226-6796 Fax: 310/226-6797
4
5  Attorneys for Plaintiff, Sharp Industries, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PORT ALLIANCE LOGISTICS, INTERNATIONAL, INC., a New Jersey corporation,<br><br>Defendant. | **Case No. CV13-02674 (JCG)**<br><br>**Assigned to Hon. Jay C. Gandhi, U.S. Magistrate Judge**<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>Complaint Served:<br>April 19, 2013 |

   Plaintiff and Defendant having stipulated to dismiss this action, subject to the Court's approval, the Court hereby ORDERS:

   The STIPULATION FOR DISMISSAL of the above-referenced matter is approved.

July 1, 2013

_____
UNITED STATES MAGISTRATE JUDGE

-1-

**[PROPOSED[ ORDER ON STIPULATION FOR DISMISSAL**